# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| KEITH RUSSELL JUDD,<br><br>    Plaintiff,<br><br>vs.<br><br>SECRETARY OF STATE OF IOWA and STATE OF IOWA,<br><br>    Defendants. | No. C11-4050-MWB<br><br>**ORDER** |

This matter is before the court on the plaintiff's motion for relief from judgment (docket no. 19). The plaintiff filed such motion on August 1, 2012. The court dismissed this case over a year ago. Moreover, given the fact that the plaintiff never properly commenced a civil action, there is no reason to address the plaintiff's reasserted claims; the fact that the plaintiff is not entitled to the advantages of proceeding in forma pauperis has not changed. Accordingly, the plaintiff's motion for relief from judgment (docket no. 19) is denied.

**IT IS SO ORDERED**.

**DATED** this 27th day of August, 2012.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA